```
37th Ave.Realty Associates L      American Chinese Condominium      NYC Department of Finance
4070000000
C/O: Glenn Rodney, Esq.           142-25 37th Avenue, C5            144-06 94th Avenue
368 Birch Road                    Flushing, NY 11354                Jamaica, NY 11435
Wallkill, NY 12589
```