# DELBELLO DONNELLAN WEINGARTEN
# WISE & WIEDERKEHR, LLP

ERICA FEYNMAN AISNER
THOMAS R. BEIRNE
ANN FARRISSEY CARLSON°
JULIE CVEK CURLEY
ALFRED B. DELBELLO
ALFRED E. DONNELLAN†
JANET J. GIRIS▼
FRANK J. HAUPEL
ROBERT HERMANN
DAWN KIRBY°
JONATHAN S. PASTERNAK
PATRICK M. REILLY
STEVEN R. SCHOENFELD†
ELIOT M. SCHUMAN
BRADLEY D. WANK∗
MARK P. WEINGARTEN°
LEE S. WIEDERKEHR
PETER J. WISE, AICP †

JACOB E. AMIR
NELIDA LARA
ERIC J. MANDELL
SUSAN CURRIE MOREHOUSE
MICHAEL J. SCHWARZ°
HEIDI WINSLOW

COUNSELLORS AT LAW

THE GATEWAY BUILDING
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601

(914) 681-0200
FACSIMILE (914) 684-0288

ANDREW J. BALINT
RICHARD BEMPORAD
GERALD K. GEIST
BRANDON R. SALL★
DAVID R. SELZNICK & CO., LLP

COUNSEL

°MEMBER OF NY & CT BARS
†MEMBER OF NY & NJ BARS
∗MEMBER OF NY & DC BARS
▼MEMBER OF NY, NJ & MA BARS
★MEMBER OF NY, NJ, CT & FL BARS

October 20, 2014

*Via CM/ECF System*
Honorable Nancy Hershey Lord
United States Bankruptcy Court
Conrad B. Duberstein Courthouse
271 Cadman Plaza East – Suite 1595
Brooklyn, New York 11201-1800

**In re:** **Golden Land LLC Chapter 11 Debtor**
**E.D.N.Y. Case No. 14-42315- (nhl)**

Dear Honorable Judge Lord:

In connection with the above referenced chapter 11 proceeding, this letter shall confirm that the Status Conference has been adjourned from October 28, 2014 at 11:00 a.m. to **November 5, 2014 at 2:30 p.m.** at the same location.

Should you have any questions or comments, please do not hesitate to contact our office.

Respectfully submitted,

*/s/ Dawn Kirby*
Dawn Kirby

cc: All Parties Receiving ECF Notifications

1418402
70154330-002