UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                                             :
In re                                                           :   Case No. 14-42315 (NHL)
                                                                             :
GOLDEN LAND LLC.,                            :   Chapter 11
                                                                             :
                                                                             :
                                           Debtor.        :
-------------------------------------------------------- x

### ORDER DIRECTING THE APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the record of the hearing on December 17, 2014, and it appearing that the appointment of a Chapter 11 Trustee is in the best interest of creditors of the estate, it is hereby

ORDERED, that the United States Trustee appoint a Chapter 11 Trustee, with all of the rights, powers and duties authorized under 11 U.S.C § 1104; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.



Dated: December 19, 2014　　　　　　　　　　　　　　　Nancy Hershey Lord
　　　　Brooklyn, New York　　　　　　　　　　　　　　United States Bankruptcy Judge