UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re:                                                   :
                                                         :   Case No. 14-42315-NHL
GOLDEN LAND, LLC,                                        :
                                                         :   (Chapter 11)
                                        Debtor.          :
-------------------------------------------------------- x

### UNITED STATES TRUSTEE'S APPLICATION FOR AN ORDER APPROVING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

TO:    THE HONORABLE NANCY HERSHEY LORD,
       UNITED STATES BANKRUPTCY JUDGE:

William K. Harrington, the United States Trustee for Region 2 (the "United States

Trustee"), hereby files his application (the "Application") for an order approving the appointment

of Gregory Messer, Esq. as chapter 11 trustee in the above-captioned chapter 11 case pursuant to

11 U.S.C. § 1104(d).  In support of the Application, the United States Trustee respectfully

represents and alleges as follows:

1.     Pursuant to the Order Directing Appointment of Chapter 11 Trustee, entered on

December 19, 2014 (ECF Doc. No. 605), the United States Trustee has appointed Gregory

Messer, Esq. as chapter 11 trustee in this case.  A copy of the Notice of Appointment of Chapter

11 Trustee, dated December 23, 2014, is attached to this Application as Exhibit 1.

2.     Counsel to the United States Trustee has consulted with the following parties in

interest regarding the appointment of the chapter 11 trustee:

A.     Dawn Kirby Arnold, Esq., bankruptcy counsel to the Golden Land LLC (the

       "Debtor"); and

B.     Tracy L. Klestadt, Esq., attorney for secured creditor 37 Avenue Realty

       Associates, LLC.

3.      To best of the United States Trustee's knowledge, Gregory Messer's connections

with the Debtor, creditors and any other parties in interest, their respective attorneys and

accountants, the United States Trustee, and persons employed in the Office of the United States

Trustee are limited to the connections set forth in the Declaration of Disinterestedness of

Gregory Messer filed with this Application.

4.      Based on the nature of this case and the duties to be performed, the United States

Trustee believes that Gregory Messer is qualified to serve as chapter 11 trustee as set forth in the

Declaration.

5.      The United States Trustee, therefore, requests that the Court enter an order

approving the appointment of Gregory Messer as chapter 11 trustee.  A form of proposed order

is attached to this Application as Exhibit 2.

**WHEREFORE**, the United States Trustee respectfully requests that the Court approve

the United States Trustee's appointment of Gregory Messer as chapter 11 trustee in this case.

Dated:  New York, New York                 Respectfully submitted,
            December 23, 2014.

                                                           WILLIAM K. HARRINGTON
                                                           UNITED STATES TRUSTEE, REGION 2

                                                           By:  */s/ Alicia M. Leonhard*
                                                                Alicia M. Leonhard
                                                                Assistant United States Trustee
                                                                Office of the United States Trustee-Brooklyn
                                                                201 Varick Street, Suite 1006
                                                                New York, New York 10014
                                                                Telephone: 212.510.0500
                                                                Facsimile: 212.668.2255
                                                                Alicia.M.Leonhard@usdoj.gov

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

In re:                                                  :
                                                        :    Case No. 14-42315-NHL
GOLDEN LAND, LLC,                                       :
                                                        :    (Chapter 11)
                           Debtor.                      :
-------------------------------------------------------- x

### <u>NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE</u>

TO:    Gregory Messer, Esq.
       26 Court Street, Suite 2400
       Brooklyn, New York 11242

       Pursuant to the Order Directing Appointment of Chapter 11 Trustee, entered on

December 19, 2014, the United States Trustee hereby appoints you as chapter 11 trustee of the

estate of the above captioned debtor, subject to Court approval and securing a bond in favor of

the United States.

       The United States Trustee has fixed the initial amount of your bond at $450,000.00 under

11 U.S.C. § 322(b)(2).  You must file the bond with the court and serve it on the United States

Trustee within seven days after your appointment under 11 U.S.C. § 322(a).

Dated:  Brooklyn, New York
         December 23, 2014.

                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE, REGION 2

                                        By: */s/ Alicia M. Leonhard*
                                            Alicia M. Leonhard  (al-9928)
                                            Assistant United States Trustee
                                            201 Varick Street, Suite 1006
                                            New York, New York 10014
                                            Telephone: 212.510.0500
                                            Facsimile: 212.668.2255
                                            Email: Alicia.M.Leonhard@usdoj.gov

EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

In re:             :

                :  Case No. 14-42315-NHL

GOLDEN LAND, LLC,       :

                :  (Chapter 11)

        Debtor.   :

-------------------------------------------------------- x

**ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE**

The Court having considered the United States Trustee's Application for an order approving the

appointment of Gregory Messer, Esq. as chapter 11 trustee in the above-captioned case, it is hereby

ORDERED, that the appointment is approved.

EXHIBIT 2