UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re:                                                   :
                                                         :
                                                         : Case No. 14-42315-NHL
GOLDEN LAND, LLC,                                        :
                                                         : (Chapter 11)
                    Debtor.                              :
-------------------------------------------------------- x

## ACCEPTANCE OF APPOINTMENT AS CHAPTER 11 TRUSTEE

To:   William K. Harrington
      United States Trustee, Region 2
      201 Varick Street, Suite 1006
      New York, New York 10014

By the signature below, Gregory Messer hereby accepts the appointment of the United States Trustee and agrees to serve as chapter 11 trustee, pursuant to 11 U.S.C. § 1106(a), in the above-captioned chapter 11 case.

Dated: New York, New York
       12/23/14

_____
Gregory Messer