UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Bond Number 10BSBGR6287

In re:

**GOLDEN LAND, LLC,**

Debtor.

**Bond of Trustee (Operating)**

Chapter 11

Case No. 14-42315-NHL

**KNOW ALL BY THESE PRESENTS,** That we, **GREGORY MESSER, ESQ.** of 26 Court Street, Suite 2400, Brooklyn, NY 11242, as Principal and the **HARTFORD FIRE INSURANCE COMPANY**, a corporation created and existing under the laws of the State of Connecticut, as Surety, is held and firmly bound unto **THE UNITED STATES OF AMERICA** in the sum of **FOUR HUNDRED FIFTY THOUSAND AND 00/100THS-------($450,000.00)DOLLARS**, lawful money of the United States to be paid to the United States, for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors and assigns, jointly and severally by these presents.

**Effective: December 23, 2014.**

**THE CONDITION OF THE OBLIGATION IS SUCH,** That, **WHEREAS,** the above named **GREGORY MESSER, ESQ.** was appointed on December 23, 2014, as Chapter 11 Operating Trustee, in the case pending in bankruptcy wherein **Golden Land, LLC,** is the Debtor and he has accepted said trusts with all the duties and obligations pertaining thereto.

**NOW, THEREFORE,** if the said **GREGORY MESSER, ESQ.** shall obey such orders as said Court may make in relation to said trusts, and shall faithfully and truly account for all monies, assets, and effects of the estates of said Debtor which shall come into his hands and possession, and shall in all respects faithfully perform all his official duties, then this obligation to be void; otherwise to remain in full force and virtue.

Signed and sealed, this 24th day of December, 2014.

BY: _____
Gregory Messer, Esq.,        Principal

**HARTFORD FIRE INSURANCE COMPANY**

BY: _____
Carol Levine,        Attorney-In-Fact

| State of | **NEW YORK** | | |
|---|---|---|---|
| | | ss. | **Surety Acknowledgment** |
| County of | **NEW YORK** | | |

On this 24th day of December, 2014, before me personally came **Carol Levine**, to me known, who, being by me duly sworn, did depose and say that she is an attorney-in-fact of **HARTFORD FIRE INSURANCE COMPANY** the corporation described in and which the within instrument; that she knows the corporate seal of said corporation; that the seal affixed to the within instrument is such *corporate seal*, and that she signed the *said instrument* and affixed the said seal as Attorney-In-Fact by authority of the Board of Directors of said corporation and by authority of this office under the Standing Resolutions thereof.

_Anita Hunter_
Notary Public

ANITA HUNTER
Notary Public, State of New York
NO. 01HU4828371
Qualified in Richmond County
Commission Expires April 30, 20 15

| State of | NEW YORK | | |
|---|---|---|---|
| | | ss. | **Individual Acknowledgment** |
| County of | KINGS | | |

On this 29th day of December, 2014, before me personally came **Gregory Messer, Esq.**, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledged to me that he executed the same.

_Joel Alan Gaffney_
Notary Public

GAFFNEY JOEL ALAN
Notary Public, State of New York
No. 02GA6284661
Qualified in Kings County
Commission Expires June 24, 2017

GAFFNEY JOEL ALAN
Notary Public, State of New York
No. 02GA6284661
Qualified in Kings County
Commission Expires June 24, 2017

# POWER OF ATTORNEY

Direct Inquiries/Claims to
**THE HARTFORD**
Bond T-4
One Hartford Plaza
Hartford, Connecticut 06155
call 888-266-3488 or fax 860-757-5835)

KNOW ALL PERSONS BY THESE PRESENTS THAT:    Agency Code: 10-257091

| | |
|---|---|
| [X] | Hartford Fire Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| [X] | Hartford Casualty Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| [X] | Hartford Accident and Indemnity Company, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | Hartford Underwriters Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | Twin City Fire Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| [ ] | Hartford Insurance Company of Illinois, a corporation duly organized under the laws of the State of Illinois |
| [ ] | Hartford Insurance Company of the Midwest, a corporation duly organized under the laws of the State of Indiana |
| [ ] | Hartford Insurance Company of the Southeast, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, *up to the amount of* Unlimited :

Maria Sponza, Anita Hunter, Margaret McLaughlin, Carol Levine of NEW YORK, New York

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by [X], and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on August 1, 2009, the Companies have caused these presents to be signed by its Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Wesley W. Cowling, Assistant Secretary    M. Ross Fisher, Vice President

STATE OF CONNECTICUT } ss. Hartford
COUNTY OF HARTFORD }

On this 12th day of July, 2012, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.



Kathleen T. Maynard
Notary Public
My Commission Expires July 31, 2016

CERTIFICATE

I, the undersigned, Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of **DECEMBER 24, 2014**
Signed and sealed at the City of Hartford.



Gary W Stumper, Vice President

POA 2012

# HARTFORD FIRE INSURANCE COMPANY

Hartford, Connecticut

*Financial Statement, December 31, 2013*

Statutory Basis

| ASSETS | | LIABILITIES | |
|---|---:|---|---:|
| U.S. Government Bonds | $ 780,061,723 | Reserve for Claims and Claim Expense | $ 7,398,473,964 |
| Bonds of Other Governments | 205,462,236 | Reserve for Unearned Premiums | 1,974,760,680 |
| State, County Municipal Miscellaneous Bonds | 12,573,216,866 | Reserve for Taxes, License and Fees | 65,815,530 |
| Stocks | 5,555,472,843 | Miscellaneous Liabilities | 2,164,375,329 |
| Short Term Investments | 530,067,872 | Total Liabilities | $ 11,603,425,503 |
| | $ 19,644,281,540 | | |
| Real Estate | $ 218,502,301 | Capital Paid In  $ 55,320,000 | |
| Cash | 83,164,668 | Surplus  14,026,092,911 | |
| Agents' Balances (Under 90 Day) | 2,811,774,213 | | |
| Other Invested Assets | 574,272,350 | Surplus as regards Policyholders | $ 14,081,412,911 |
| Miscellaneous | 2,352,843,342 | Total Liabilities, Capital | |
| Total Admitted Assets | $ 25,684,838,414 | and Surplus | $ 25,684,838,414 |

STATE OF CONNECTICUT  
COUNTY OF HARTFORD  } SS.  
CITY OF HARTFORD

M. Ross Fisher, Vice President, and Wesley W. Cowling, Assistant Secretary of the Hartford Fire Insurance Company, being duly sworn, each deposes and say that the foregoing is a true and correct statement of the said company's financial condition as of December 31, 2013.

Subscribed and sworn to before me this 22nd day of April, 2014.

*Kathleen T. Maynard*  
Kathleen T. Maynard  
Notary Public  
My Commission Expires July 31, 2016



M. Ross Fisher, Vice President

Wesley W. Cowling, Assistant Secretary

Form CS-19-37 HF   printed in U S A.

# CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

STATE OF NEW YORK

DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

**Hartford Fire Insurance Company**

Of Hartford, Connecticut

a corporation organized under the laws of the State of Connecticut and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $14,081,412,911 (Capital $55,320,000) as is shown by its sworn financial statement for the year ending December 31, 2013 on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have

unto set my hand and affixed

official seal of this Department in the City of Albany, this 16th day of April, 2014.

Benjamin M. Lawsky
Superintendent of Insurance

By Jacqueline Catalfamo

Jacqueline Catalfamo
Special Deputy Superintendent