UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re:                                                            :
                                                                  :   Case No. 14-42315-NHL
GOLDEN LAND, LLC,                                 :
                                                                  :   (Chapter 11)
                         Debtor.              :
-------------------------------------------------------- x

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

The Court having considered the United States Trustee's Application for an order approving the appointment of Gregory Messer, Esq. as chapter 11 trustee in the above-captioned case, it is hereby

ORDERED, that the appointment is approved.



Dated: December 29, 2014  
       Brooklyn, New York

_____  
**Nancy Hershey Lord**  
**United States Bankruptcy Judge**