DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Dawn Kirby, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                                Chapter 11

GOLDEN LAND LLC,

                                Case No.: 14-42315 (nhl)

                   Debtor.
------------------------------------------------------------x

## NOTICE OF HOURLY RATE INCREASE OF
## DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP
## AS BANKRUPTCY COUNSEL FOR THE DEBTOR

STATE OF NEW YORK           )
                                         ) ss.:
COUNTY OF WESTCHESTER   )

      Jonathan S. Pasternak, being duly sworn, deposes and says:

      1.    I am a member of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, ("DDWWW" or the "Firm"), and an attorney duly admitted to practice law in the State of New York in the United States Bankruptcy Court for the Eastern District of New York.

      2.    On August 1, 2014, the Debtor filed an Application for Order Pursuant to Section 327(a) of the Bankruptcy Code and Local Rule 2014-1 Authorizing the Employment and Retention of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, as General Bankruptcy Counsel [Docket No. 27] for Golden Land LLC, as Chapter 11 debtor and debtor in possession ("Debtor"). On September 6, 2014, this Court authorized the Debtor, pursuant to §327(a) of the

Bankruptcy Code, to employ DDWWW as Bankruptcy Counsel for the Debtor and Debtor in Possession, *nunc pro tunc* to the Filing Date [Docket No.32].

3. This notice (the "Notice") is submitted in furtherance of the Retention Order to provide notice of an increase in the rates set forth in the Application.

4. Effective January 1, 2015, the new hourly rates are as follows:

| | |
|---|---|
| Jonathan S. Pasternak | $595 |
| Steven R. Schoenfeld | $595 |
| Dawn Kirby | $485 |
| Erica Feynman Aisner | $395 |
| Julie Cvek Curley | $395 |
| Of Counsel | $375 |
| Law Clerks | $200 |
| Paralegals | $150 |

5. On January 14, 2015, I notified the Debtor in writing of the proposed new hourly rates. The Debtor has not expressed any objection thereto.

6. To the best of my knowledge, the foregoing rate increases are standard and customary yearly rate increases as contemplated in the Application and are in compliance with §330(a)(3)(F) of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 23, 2015

                                            */s/ Jonathan S. Pasternak*
                                            Jonathan S. Pasternak